IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                ) Case No.: 14-15968
                                      )
  Antoinette Carmichael,              ) Chapter 13
         Debtor.                      )
                                      ) Judge Bruce W. Black
                                      )

## NOTICE OF CONTINUED 341 MEETING

TO:

Via Electronic Filing:
  US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov
  Joji Takada, Takada Law Office, LLC, 6336 North Cicero Avenue, Suite 201 Chicago, IL 60646 by ECF at trustee@takadalaw.com

Via First Class U.S Mail:
  See attached list

PLEASE TAKE NOTICE that on **June 30, 2014 at 10:00 a.m.** the Section 341 meeting of creditors for the above captioned matter will be held at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432.

By:  /s/ *Mark G. Meyers*
     Mark G. Meyers

## CERTIFICATE OF SERVICE

I, Mark G. Meyers, hereby certify that I caused to be served a copy of this Notice upon the above parties, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 105 W. Madison, Suite 2300, Chicago, IL, before the hour of 5:30 p.m., on May 28, 2014.

By:  /s/ *Mark G. Meyers*
     Mark G. Meyers

Label Matrix for local noticing
0752-1
Case 14-15968
Northern District of Illinois
Chicago
Wed May 28 16:29:50 CDT 2014

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Albert Speisman
3500 Western Ave.
Highland Park, IL 60035-1263

Allgate
160 N. Franklin
Suite 301
Chicago, IL 60606-1822

Bethany Hospital
3435 W. Van Buren
Chicago, IL 60624-3308

Carmellia Carmichael
5 E. Zarley Blvd.
Joliet, IL 60433-2953

Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002

Convergent Outsourcing, Inc.
10750 Hammerly Blvd
Ste #200
Houston, TX 77043-2317

Cook County Hospital
c/o Jack O'Malley
500 Richard Daley Center
Chicago, IL 60602

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60522-4833

ER Solutions
P.O. Box 9004
Renton, WA 98057-9004

Fox River Resort
2558 N. 3653 Rd.
Sheridan, IL 60551-9400

Gatewyfinsol
Po Box 3257
Saginaw, MI 48605-3257

Home Health Educational Service
P.O. Box 262
Berrien Springs, MI 49103-0262

Mercy Hospital and Medical Center
25739 Network Pl
Chicago, IL 60673-1257

Nationwide Credit & Collection
815 Commerce Drive.
Suite 270
Oak Brook, IL 60523-8852

Peoples Gas
Attention: Bankruptcy Department
130 E. Randolph 17th Floor
Chicago, IL 60601-6302

Personal Finance Co
3612 W. Lincoln Hwy. Suite 3
Olympia Fields, IL 60461-1637

Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040-8053

Roseland Community Hospital
45 West 111th
CHICAGO, IL 60628-4294

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

University of Chicago
75 Remittance Drive , Ste. 1385
Chicago, IL 60675-1385

Walinski & Associates P.C.
221 N. LaSalle St.
#1000
Chicago, IL 60601-1320

Antoinette Carmichael
5 E. Zarley Blvd.
Joliet, IL 60433-2953

Joji Takada
Takada Law Office, LLC
6336 North Cicero Avenue
Suite 201
Chicago, IL 60646-4448

Martin A. Lear
Law Offices of Ernesto Borges
105 West Madison
23rd Floor
Chicago, IL 60602-4647

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Easy Peel® Labels
Use Avery® Template 5160®
Case 14-15968    Doc 11    Filed 05/28/14    Entered 05/28/14 16:41:14    Desc Main
Document    Page 3 of 3
Bend along line to
Feed Paper — Expose Pop-up Edge™
AVERY® 5160®

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

End of Label Matrix
Mailable recipients    27
Bypassed recipients    1
Total    28

Étiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-up™
www.avery.com
1-800-GO-AVERY